No. 576. GEORGIA STATE BOARD OF EXAMINERS OF OPTOMETRY ET AL. *v.* KENNON MOTT. Error to the Supreme Court of the State of Georgia. Motion to dismiss submitted December 16, 1918. Decided December 23, 1918. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. See *Marshall* v. *Dye*, 231 U. S. 250; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. James K. Hines* for plaintiffs in error. *Mr. Owens Johnson* for defendant in error.